UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM PETER HANSEN, D.D.S.,<br><br>    Plaintiff,<br><br>vs.<br><br>OHIO NATIONAL LIFE ASSURANCE CORPORATION, COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE, and DOES 1 - 50, inclusive,<br><br>    Defendant. | Case No.: 3:11-CV-01382-MEJ<br><br>[PROPOSED] ORDER RE: JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |

The Court, having reviewed the Stipulation to Continue Case Management Conference (the "Stipulation") between Plaintiff WILLIAM PETER HANSEN, D.D.S. ("Plaintiff") and Defendant OHIO NATIONAL LIFE ASSURANCE CORPORATION ("Defendant"), finds that good cause exists to enter an order approving said Stipulation.

Accordingly,

**IT IS HEREBY ORDERED AS FOLLOWS:**

The Case Management Conference currently set for June 30, 2011, at 10:00 a.m., is hereby continued to July 7, 2011, at 10:00 a.m.

Dated: June 14, 2011

_____
Honorable Maria-Elena James
United States Magistrate Judge

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

Case No.: 3:11-CV-01382-MEJ
[PROPOSED] ORDER RE: JOINT
STIPULATION